# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

KAREN DANTIN, ON BEHALF OF
CHRISTOPHER TEMPLETON

CIVIL ACTION

VERSUS

16-692-SDD-EWD

SOUTHERN HOME CARE SERVICE, INC.
d/b/a RESCARE AND STEPHANIE
GROUP HOME

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated November 7, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Unopposed Motion for Leave of Court to File Amending Complaint*[3] is GRANTED and Plaintiff's *Second Supplemental and Amended Petition* is to be filed into the record of these proceedings and which defeats complete diversity of citizenship between the Parties and, therefore, this matter is hereby REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge,

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 33.
[3] Rec. Doc. 25.

State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).

Finally, Plaintiff's *Motion to Remand*[4] is DENIED as moot.

Baton Rouge, Louisiana the 28 day of November, 2017.

_Shelly Dick_
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. 31.